COCHISE AMARI SHAKUR<br>
REG. NO. 11790-007<br>
FCI PETERSBURG MEDIUM<br>
FEDERAL CORR. INSTITUTION<br>
P.O. BOX 1000<br>
PETERSBURG, VA 23804<br>
May 19, 2022

Office of the Clerk
U. S. District Court
For the Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

    RE:   *Shakur v. Warden, FCI Petersburg Medium*

To the Clerk of the Court:

    Enclosed please find and accept for filing Petitioner's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and Memorandum of Law in Support with Exhibits I and II.. Please submit this petition to the Court.

    Thank you for your assistance in this matter.

                              Sincerely,

                              COCHISE AMARI SHAKUR
                              Appearing *Pro Se*

*Encls. as noted*